**Opinion issued November 7, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-22-00820-CV

———————————

## DAWNELL WILLIAMS, Appellant

## V.

## K. D. UPADHYAYA, Appellee

---

### On Appeal from County Court at Law No. 1
### Fort Bend County, Texas
### Trial Court Case No. 22-CCV-070379

---

### MEMORANDUM OPINION[1]

On October 22, 2023, the parties, representing that they had reached an

---

[1] We issued a memorandum opinion and judgment dismissing this appeal on October 26, 2023. Appellant Dawnell Williams has filed a motion for reconsideration. We grant Appellant's motion for reconsideration, vacate our October 26, 2023 opinion and judgment, and issue this opinion and judgment in their place.

agreement to settle the issues raised in this appeal, filed a joint motion to set aside the judgment of the trial court and remand this matter to the trial court for rendition of a judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). Counsel for both parties have signed the motion.

Accordingly, we grant the motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of  an agreed judgment in accordance with the parties' settlement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We direct the Clerk for this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.